IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. PADILLA & EVA K. PADILLA,<br><br>       Plaintiffs,<br><br>  v.<br><br>ONE WEST BANK,<br><br>       Defendant. | No. 10-04080 CW<br><br>ORDER DISMISSING RESPA CLAIM AND CLOSING CASE |

On December 20, 2010, the Court issued entered an Order Granting Defendant's Motion to Dismiss, in which it dismissed all of Plaintiffs' claims without leave to amend, with the exception of the Real Estate Settlement Procedures Act (RESPA) claim, which was dismissed with leave to amend.  The Court granted Plaintiffs fourteen days in which to file an amended complaint to remedy the deficiencies noted in the RESPA claim.  The Court stated that, if Plaintiffs did not file an amended complaint within fourteen days, the RESPA claim would be dismissed for failure to prosecute.

Fourteen days have passed, and Plaintiffs have not filed an amended complaint.  Therefore, the RESPA claim is dismissed for failure to prosecute.  The Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated: 1/6/2011

                                          CLAUDIA WILKEN
                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RONALD C. PADILLA et al,

       Plaintiff,

v.

ONE WEST BANK et al,

       Defendant.

Case Number: CV10-04080 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eva K. Padilla
2555 Spyglass Hills Rd.
Livermore, CA 94551

Ronald C. Padilla
2555 Spyglass Hills Rd.
Livermore, CA 94551

Dated: January 7, 2011

                                      Richard W. Wieking, Clerk
                                      By: Nikki Riley, Deputy Clerk